UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| DONALD ROSS ) | C.A. No.: 1:08-cv-00107-JD | |
| Plaintiff ) | | |
| ) | | |
| ) | | |
| v. ) | **PLAINTIFF'S PROPOSED** | |
| ) | **ORDERS** | |
| ) | | |
| KEENE TECHNOLOGY, INC. ) | | |
| Defendant ) | | |
| ) | | |
| ) | | |

**PLAINTIFF'S PROPOSED ORDERS**

The Plaintiff's Motion to approve Third Party Settlement is approved.


  /s/ Joseph A. DiClerico, Jr.              12/28/08

Justice of the United States District Court       Date
for New Hampshire